FAS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 NOV 30 AM 9:26
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Case No. '07 MJ 2777 |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) | |
| | ) | Title 8, U.S.C., Section 1326; |
| **Eliazar PEREZ-Borquez** | ) | Deported Alien Found in the |
| | ) | United States |
| | ) | |
| Defendant. | ) | |

The undersigned complainant, being duly sworn, states:

On or about, **June 26, 2007**, within the Southern District of California, defendant, **Eliazar PEREZ-Borquez**, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Gregory M. Harrison, Immigration &
Customs Enforcement, Deportation Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **30th** DAY OF **November 2007.**

UNITED STATES MAGISTRATE JUDGE

FAS

**CONTINUATION OF COMPLAINT:**
**NAME: PEREZ-Borquez, Eliazar**

## PROBABLE CAUSE STATEMENT

As part of assigned duties of the Detention and Removal Office, Deportation Officers review various sources in order to check on aliens that have been previously removed from the United States. This is done in order to determine if subjects have returned to the United States, in violation of Title 8, United States Code, Section 1326.

On or about Tuesday, June 26, 2007, the U.S. Border Patrol apprehended the defendant identified as "Eliazar PEREZ-Borquez" in the United States approximately 20 miles east of Tecate, California. The defendant was determined to be a citizen of Mexico having no documents or legal benefit to be in the United States and transported to the Station for further processing. The defendant was determined to be on active parole with California State Parole, a parole hold secured and the defendant booked into county jail. Subsequently, a Form I-247 (Immigration Hold) was placed in regards to the defendant pending his release.

On Thursday, November 29, 2007 at approximately 8:15 a.m., the defendant was referred to United States Immigration and Customs Enforcement custody. Deportation Officer Gregory Harrison reviewed various sources of information and also conducted official record checks in regards to the defendant. A thorough review of the defendant's official immigration record revealed that he is a citizen of Mexico having been previously deported and removed from the United States to Mexico.

A thorough review of official immigration computer database record checks revealed that the defendant was ordered deported and removed by an Immigration Judge on or about August 25, 2004 and removed from the United States to Mexico on August 26, 2004 via the Otay Mesa Port of Entry. Record checks further revealed that the defendant was issued a re-instatement of removal on or about May 21, 2007 and removed from the United States to Mexico via the San Ysidro Port of Entry. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System "IDENT" and Automated Fingerprint Identification System "IAFIS" were utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as Eliazar PEREZ-Borquez, a citizen and national of Mexico.

All information indicates that the defendant is a citizen of Mexico having no legal right to enter or reside in the United States.

Based upon the foregoing information, there is probable cause to believe that Eliazar PEREZ-Borquez has illegally re-entered the United States after Deportation, in violation of Title 8 of the United States Code 1326, Deported Alien Found in the United States.